UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ART HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DISCOUNT CAREGIVERS, a California corporation; and DOES 1 to 10, inclusive,<br><br>  Defendants. | CASE NO. 2:20-cv-07111−JAK−JC<br><br>**ORDER RE PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL (DKT. 14)**<br><br>**JS-6** |

Based on a review of Plaintiff's Notice of Voluntary Dismissal (the "Notice" (Dkt. 14)), there is good cause for the requested relief. Therefore, the relief requested in the Notice is **GRANTED** as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is dismissed in its entirety with prejudice as to the named Plaintiff and without prejudice as to the claims of any member of the Putative Class alleged in the Complaint; and

2. Each party shall bear its own costs and attorney's fees.

In light of the foregoing, the parties' Stipulation to Stay Proceedings Pending Settlement (the "Stipulation" (Dkt. 11)) is **MOOT**.

**IT IS SO ORDERED.**

Dated: October 8, 2020

_____
John A. Kronstadt
United States District Judge